IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| LIBERTY MUTUAL INSURANCE COMPANY, | ) ) ) |
| Plaintiff, | ) ) ) |
| v. | ) CIVIL ACTION NO. 11-00358-CG-M ) |
| AIR COMFORT COMPANY, INC., a corporation; STANLEY E. SMALL, an individual, and HELEN M. SMALL, an individual, | ) ) ) ) ) |
| Defendants | ) ) |

## ORDER

This matter is before the court on plaintiff's motions for Temporary Restraining Order (Doc. 2) and for Hearing (Doc. 3). After a review of the motions, the court hereby **GRANTS** plaintiff's motion for hearing (Doc. 3) and sets plaintiff's motion for Temporary Restraining Order (Doc. 2) for hearing **on Friday July 8, 2011**, at **9:00 a.m.** in Courtroom 2B, United States Courthouse, Mobile, Alabama.

Plaintiff is **ORDERED** to immediately serve defendants, their agents, or their counsel with a copy of this Order and all relevant pleadings, and to certify to the Court that they have done so, once accomplished.

**DONE and ORDERED** this 6th day of July, 2011.

/s/ Callie V. S. Granade
UNITED STATES DISTRICT JUDGE