IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | | |
|---|---|---|
| LIBERTY MUTUAL INSURANCE COMPANY, | ) ) ) | |
| Plaintiff, | ) ) | |
| v. | ) ) | CIVIL ACTION NO . 11-0358-CG-M |
| AIR COMFORT COMPANY, INC., et al., | ) ) ) ) | |
| Defendants. | ) | |

**ORDER**

This matter came on for a hearing on July 8, 2011, on the plaintiff's motion for temporary restraining order (Doc. 2), and movant BancorpSouth Bank, Inc's emergency motion to intervene (Doc. 8), and its motion to stay pursuant to the Colorado River Doctrine (Doc. 13).

Upon due consideration of the pleadings and the arguments of counsel, the court finds that the motion to intervene is well taken, and hereby **GRANTS** said motion; and the hearing on the motion for temporary restraining order is postponed. Any brief in opposition to the motion to stay pursuant to the Colorado River Doctrine shall be filed **no later than July 18, 2011**. Replies to said brief shall be filed **no later than July 25 ,2011**. The plaintiff shall notify the court in its brief in response to the motion to stay of whether it still intends to pursue its motion for temporary restraining order.

**DONE and ORDERED** this 11th day of July, 2011.

/s/ Callie V. S. Granade
UNITED STATES DISTRICT JUDGE